STEPHEN ZELLER, Esq., Bar No. 265664
szeller@deconsel.com
member of SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California  90071-1706
Telephone (213) 488-4100
Telecopier (213) 488-4180

JS - 6

Attorneys for Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE
CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS
SOUTHWEST TRUSTS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>               Plaintiffs,<br><br>v.<br><br>JONATHAN MARTINEZ CONSTRUCTION., a California corporation; and DOES 1 through 10, inclusive,<br><br>               Defendants.<br>_____ | CASE NO.  CV 21-8102-GW-KSx<br><br>JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT JONATHAN MARTINEZ CONSTRUCTION., a California corporation<br><br>Before The Honorable<br>    George H. Wu |

**IT IS HEREBY  ORDERED, ADJUDGED AND DECREED that**

Plaintiffs CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a

California non-profit corporation; and BOARD OF TRUSTEES FOR THE

CARPENTERS SOUTHWEST TRUSTS, ("PLAINTIFFS"), have judgment against

defendant, JONATHAN MARTINEZ CONSTRUCTION., INC, a California

Corporation, as follows:

///

That JUDGMENT be entered in favor of CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS for damages in the amount of $13,991.75.  Interest at the legal rate will accrue from when the judgment is entered.

Dated: December 14, 2021

_____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Respectfully submitted by,

SHANLEY,
a Professional Corporation

By:   /s/ Stephen Zeller
       STEPHEN ZELLER
Attorneys for Plaintiffs,
CARPENTERS SOUTHWEST
ADMINISTRATIVE CORPORATION
and BOARD OF TRUSTEES FOR
THE CARPENTERS SOUTHWEST
TRUSTS